IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

V.M AND K.M., INDIVIDUALLY AND
AS PARENTS OF AND NEXT FRIENDS
OF D.M. A MINOR                                                            PLAINTIFFS

V.                                 CASE: 3:05CV00232

BROOKLAND SCHOOL DISTRICT                                  DEFENDANT

## ORDER

Pending is Plaintiffs' unopposed motion for a continuance.  (Docket #15).  For good cause shown, the motion is GRANTED.  The case will be removed from the trial docket the week of July 16, 2007.  An amended scheduling order resetting this matter for trial and containing a new dispositive motions deadline will be entered forthwith.

IT IS SO ORDERED this 10th day of July, 2007.

_____
James M. Moody
United States District Judge