IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

V.M. AND K.M., INDIVIDUALLY AND
AS PARENTS AND NEXT FRIENDS OF D.M., A MINOR           PLAINTIFFS

VS.                    CASE NO. 3:05CV00232 JMM

BROOKLAND SCHOOL DISTRICT                              DEFENDANT

## ORDER

Defendant's Motion for Continuance is granted (#20).  The court trial set for February 25, 2008 in Jonesboro, Arkansas, is removed from the docket and the parties are given up to, and including, March 25, 2008 to file cross motions for summary judgment.

IT IS SO ORDERED THIS   15   day of   February  , 2008.

_____
James M. Moody
United States District Judge