IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

V.M. AND K.M., INDIVIDUALLY AND
AS PARENTS AND NEXT FRIENDS OF
D.M., A MINOR                                                                           PLAINTIFFS

VS.                          CASE NO. 3:05CV00232 JMM

BROOKLAND SCHOOL DISTRICT                                              DEFENDANT

## JUDGMENT

Pursuant to the Order entered on this day, it is Considered, Ordered and Adjudged that judgment is entered against defendant in favor of plaintiffs in the amount of $11,109.92.

IT IS SO ORDERED THIS  6  day of   May  , 2008.

_____
James M. Moody
United States District Judge